# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America, )<br>                                 )<br>          Plaintiff,  )<br>                                 )<br>vs.  )<br>                                 )<br>Austin James St. Claire,  )<br>                                 )<br>          Defendant.  ) | **PRETRIAL STATUS CONFERENCE**<br><br>Case No. 1:24-cr-192 |

The undersigned shall hold a pretrial status conference with counsel by telephone on September 10, 2025, at 9:45 AM to discuss, among other things, the viability of the current trial date. To participate, counsel shall call (571) 353-2301 and enter "Call ID" 292466149. Counsel are strongly encouraged to consult with each other prior to the conference. This will enable the conference to progress more expeditiously.

**IT IS SO ORDERED.**

Dated this 4th day of April, 2025.

                                                    */s/ Clare R. Hochhalter*
                                                    Clare R. Hochhalter, Magistrate Judge
                                                    United States District Court